25 So.2d 856

### Charlie FLEMING v. STATE.
4 Div. 937.

Court of Appeals of Alabama.
April 2, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

∎

25 So.2d 856

### Arthur FLOWERS v. STATE.
4 Div. 949.

Court of Appeals of Alabama.
Feb. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

∎

21 So.2d 855

### J. C. FLOWERS v. STATE.
8 Div. 445.

Court of Appeals of Alabama.
Feb. 13, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

21 So.2d 855

### Henry G. FLOYD v. STATE.
I Div. 510.

Court of Appeals of Alabama.
April 10, 1945.

Rehearing Denied May 8, 1945.

M. F. Dozier, of Mobile, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

∎

26 So.2d 922

### Frank FOSTER v. STATE.
6 Div. 244.

Court of Appeals of Alabama.
May 14, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

∎

23 So.2d 883

### Elmore FRANKLIN v. CITY OF TUSCALOOSA.
6 Div. 208.

Court of Appeals of Alabama.
Nov. 20, 1945.

PER CURIAM.
Appeal dismissed, want of prosecution.